UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| | : | |
| v. | : | Crim. No. 14-60 |
| | : | |
| ZACQUAL LANCASTER | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Andrew J. Bruck, Assistant United States Attorney, appearing), and the Defendant Zacqual Lancaster (Patrick McMahon, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that he has the right under 18 U.S.C. § 3161(c)(1) to have the matter presented to a trial jury within seventy (70) days of his arraignment; and the Defendant through his attorney having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant has consented to the aforementioned continuance;

2. The grant of a continuance will likely conserve judicial resources; and

1

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this ___ day of March, 2014,

ORDERED that the proceedings in the above-captioned matter are continued from the date of this Order through April 30, 2014; and

IT IS FURTHER ORDERED that the period from the date of this Order through April 30, 2014 shall be excludable in computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order of March 6, 2014 is hereby amended so that all pretrial motions to be filed by April 28, 2014; the Government's opposition to defendant's motions to be filed by May 5, 2014; return date for pre-trial motions on May 12, 2014; and Trial to commence May 19, 2014.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge

2

Consented and Agreed to by:

_____
Peter McMahon
Counsel for Defendant Zacqual Lancaster

_____
Andrew J. Bruck
Assistant United States Attorney